UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVON Q. SHEFFIELD,

    Petitioner,

-vs-                                            Case No. 8:10-CV-837-T-30EAJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

    This matter is before the Court upon a sua sponte review of the file. On April 9, 2010, Petitioner filed his petition for writ of habeas corpus (Dkt. 1), motion to proceed *in forma pauperis* (Dkt. 2), and Motion to Accept as Timely Filed (Dkt. 3). Petitioner's petition challenges state convictions entered by the Thirteenth Judicial Circuit Court, Hillsborough County, Florida, in case numbers 03-cf-5665 and 03-cf-8474 (Dkt. 1 at pg. 1).

    Petitioner, however, previously filed a petition for writ of habeas corpus in this Court on March 29, 2010, challenging the same state court convictions. *See Sheffield v. Secretary, Dept. of Corrections*, Case No. 8:10-cv-748-T-33EAJ. Petitioner may not simultaneously challenge the same convictions in two separate actions in this Court. Therefore, because Petitioner first filed his petition in case no. 8:10-cv-748-T-33EAJ, and the Court has ordered

Respondent to respond to the petition filed in that case (see case no. 8:10-cv-748 at Dkt. 4), the petition in this action will be dismissed.[1]

**ACCORDINGLY**, the Court **ORDERS** that**:**

1. Petitioner's petition (Dkt. 1) is **DISMISSED**.

2. The Clerk shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*

---

[1] The Court notes that in his Motion for Clarification of Conflicting Orders or in the Alternative Motion for Extension of Time, Petitioner requests voluntary dismissal of this action (Dkt. 6 at pg. 4).